Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CV12-03620 R (FFMx)

MALIBU MEDIA, LLC, a California
corporation,

        Plaintiff,

    v.

JOHN DOES 1 through 10,

        Defendants.

Case No.

**COMPLAINT**

Plaintiff, Malibu Media, LLC, sues John Does 1-10, and alleges:

**Introduction**

1.     This matter arises under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act").

2.     Each of the Defendants copied and distributed most of a website containing 107 movies. This is known as a "siterip." The file containing the subject website is so large that the Defendants' computers must have worked collaboratively with each other through the process described below for numerous weeks or months to effectuate a complete download and redistribution of the subject website.[1]

3.     Throughout this Complaint the word "Works" refers to 107 movies contained on the subject website.

4.     Through this suit, Plaintiff alleges each Defendant is liable for:

- Direct copyright infringement in violation of 17 U.S.C. §§ 106 and 501; and

- Contributory copyright infringement.

**Jurisdiction And Venue**

5.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (patents, copyrights, trademarks and unfair competition).

6.     As set forth on Exhibit A, each of the Defendants' acts of copyright infringement occurred using an Internet Protocol address ("IP address") traced to a physical address located within this District, and therefore pursuant to Cal. Civ. Proc. Code § 410.10, this Court has personal jurisdiction over each Defendant

---

[1] The hit dates listed in the exhibits are not evidence of when a particular Defendant started the download but are merely evidence of when the investigator's server recorded an IP address sending a particular piece of data.

1  because each Defendant committed the tortious conduct alleged in this Complaint in
2  the State of California, and (a) each Defendant resides in the State of California,
3  and/or (b) each Defendant has engaged in continuous and systematic business
4  activity in the State of California.

5       7.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c),
6  because: (i) a substantial part of the events or omissions giving rise to the claims
7  occurred in this District; and, (ii) a Defendant resides (and therefore can be found)
8  in this District and all of the Defendants reside in this State; additionally, venue is
9  proper in this District pursuant 28 U.S.C. § 1400(a) (venue for copyright cases)
10 because each Defendant or each Defendant's agent resides or may be found in this
11 District.

12                       **Parties**

13      8.     Plaintiff is a corporation organized and existing under the laws of the
14 State of California and has its principal place of business located at 31356 Broad
15 Beach Road, Malibu, CA 90265.

16      9.     Each Defendant is known to Plaintiff only by an IP address.

17      10.     An IP address is a number that is assigned by an Internet Service
18 Provider (an "ISP") to devices, such as computers, that are connected to the Internet.

19      11.     The ISP to which each Defendant subscribes can correlate the
20 Defendant's IP address to the Defendant's true identity.

21                       **Joinder**

22      12.     Pursuant to Fed. R. Civ. P. 20(a)(2), each of the Defendants was
23 properly joined because, as set forth in more detail below, Plaintiff asserts that: (a)
24 each of the Defendants is jointly and severally liable for the infringing activities of
25 each of the other Defendants, and (b) the infringement complained of herein by each
26 of the Defendants was part of a series of transactions, involving the exact same
27 torrent file containing of Plaintiff's copyrighted Works, and was accomplished by

28

the Defendants acting in concert with each other, and (c) there are common questions of law and fact; indeed, the claims against each of the Defendants are identical and each of the Defendants used the BitTorrent protocol to infringe Plaintiff's copyrighted Works.

## Factual Background

### I.   Plaintiff Owns The Copyright To The Motion Pictures

13.   Plaintiff has obtained the registration for, or has applied to obtain the registration for, 26 of the 107 movies contained in the siterip with the United States Copyright Office.

14.   An internet screen shot from www.copyright.gov of each Registration, along with a copy of any pending application for copyright registration, is attached as Composite Exhibit B.

15.   The date on which the United States Copyright Office Registered the works and the date IPP Limited recorded each Defendant's infringement is set forth on Exhibit C.  Exhibit C demonstrates that each infringement occurred after the registration date.

### II.   Defendants Used BitTorrent To Infringe Plaintiff's Copyright

16.   BitTorrent is one of the most common peer-to-peer file sharing protocols (in other words, set of computer rules) used for distributing large amounts of data; indeed, it has been estimated that users using the BitTorrent protocol on the internet account for over a quarter of all internet traffic.  The creators and user's of BitTorrent developed their own lexicon for use when talking about BitTorrent; a copy of the BitTorrent vocabulary list posted on www.Wikipedia.org is attached as Exhibit D.

17.   The BitTorrent protocol's popularity stems from its ability to distribute a large file without creating a heavy load on the source computer and network.  In short, to reduce the load on the source computer, rather than downloading a file

from a single source computer (one computer directly connected to another), the BitTorrent protocol allows users to join a "swarm" of host computers to download and upload from each other simultaneously (one computer connected to numerous computers).

### A.     Each Defendant Installed a BitTorrent Client onto his or her Computer

18.     Each Defendant installed a BitTorrent Client onto his or her computer.

19.     A BitTorrent "Client" is a software program that implements the BitTorent protocol.  There are numerous such software programs including µTorrent and Vuze, both of which can be directly downloaded from the internet.  See www.utorrent.com and http://new.vuze-downloads.com/.

20.     Once installed on a computer, the BitTorrent "Client" serves as the user's interface during the process of uploading and downloading data using the BitTorrent protocol.

### B.     The Initial Seed, Torrent, Hash and Tracker

21.     A BitTorrent user that wants to upload a new file, known as an "initial seeder," starts by creating a "torrent" descriptor file using the Client he or she installed onto his or her computer.

22.     The Client takes the target computer file, the "initial seed," here the subject website containing the copyrighted Works, and divides it into groups of bits known as "pieces."

23.     The Client then gives each one of the computer file's pieces, in this case, pieces of the copyrighted Works, a random and unique alphanumeric identifier known as a "hash" and records these hash identifiers in the torrent file.

24.     When another peer later receives a particular piece, the hash identifier for that piece is compared to the hash identifier recorded in the torrent file for that piece to test that the piece is error-free.  In this way, the hash identifier works like an

1   electronic fingerprint to identify the source and origin of the piece and that the piece
2   is authentic and uncorrupted.

3       25.     Torrent files also have an "announce" section, which specifies the <u>URL</u>
4   (Uniform Resource Locator) of a "tracker," and an "info" section, containing
5   (suggested) names for the files, their lengths, the piece length used, and the <u>hash</u>
6   <u>identifier</u> for each piece, all of which are used by Clients on peer computers to
7   verify the integrity of the data they receive.

8       26.     The "tracker" is a computer or set of computers that a torrent file
9   specifies and to which the torrent file provides peers with the URL address(es).

10      27.     The tracker computer or computers direct a peer user's computer to
11  other peer user's computers that have particular pieces of the file, here the
12  copyrighted Works, on them and facilitates the exchange of data among the
13  computers.

14      28.     Depending on the BitTorrent Client, a tracker can either be a dedicated
15  computer (centralized tracking) or each peer can act as a tracker (decentralized
16  tracking).

17      **C.     <u>Torrent Sites</u>**

18      29.     "Torrent sites" are websites that index torrent files that are currently
19  being made available for copying and distribution by people using the BitTorrent
20  protocol.  There are numerous torrent websites, including <u>www.TorrentZap.com</u>,
21  <u>www.Btscene.com</u>, <u>www.ExtraTorrent.com</u>, and <u>www.piratebay.org</u>.

22      30.     Upon information and belief, each Defendant went to a torrent site to
23  upload and download Plaintiff's copyrighted Works.

24      **D.     <u>Uploading and Downloading Works Through a BitTorrent Swarm</u>**

25      31.     Once the initial seeder has created a torrent and uploaded it onto a
26  torrent site then other peers begin to download and upload the computer file to

27

28

1   which the torrent is linked (here the copyrighted Works) using the BitTorrent
2   protocol and BitTorrent Client that the peers installed on their computers.

3        32.    The BitTorrent protocol causes the initial seed's computer to send
4   different pieces of the computer file, here the copyrighted Works, to the peers
5   seeking to download the computer file.

6        33.    Once a peer receives a piece of the computer file, here a piece of the
7   Copyrighted Works, it starts transmitting that piece to the other peers.

8        34.    In this way, all of the peers and seeders are working together in what is
9   called a "swarm."

10        35.    Here, each Defendant peer member participated in the same swarm and
11   directly interacted and communicated with other members of that swarm through
12   digital handshakes, the passing along of computer instructions, uploading and
13   downloading, and by other types of transmissions.

14        36.    In this way, and by way of example only, one initial seeder can create a
15   torrent that breaks a movie up into hundreds or thousands of pieces saved in the
16   form of a computer file, like the Works here, upload the torrent onto a torrent site,
17   and deliver a different piece of the copyrighted work to each of the peers.  The
18   recipient peers then automatically begin delivering the piece they just received to the
19   other peers in the same swarm.

20        37.    Once a peer, here a Defendant, has downloaded the full file, the
21   BitTorrent Client reassembles the pieces and the peer is able to view the movie.

22       **E.**    **Plaintiff's Computer Investigators Identified Each of the**
23             **Defendants' IP Addresses as Participants in a Swarm That Was**
24             **Distributing Plaintiff's Copyrighted Works**

25        38.    Plaintiff retained IPP, Limited ("IPP") to identify the IP addresses that
26   are being used by those people that are using the BitTorrent protocol and the internet
27   to reproduce, distribute, display or perform Plaintiffs' copyrighted works.

28

39.     IPP used forensic software named INTERNATIONAL IPTRACKER v1.2.1 and related technology enabling the scanning of peer-to-peer networks for the presence of infringing transactions.

40.     IPP extracted the resulting data emanating from the investigation, reviewed the evidence logs, and isolated the transactions and the IP addresses associated therewith for the file identified by the SHA-1 hash value of 625659538761601BE56B75C3D1DF1053A7C8BB28     (the     "Unique     Hash Number").

41.     The IP addresses, Unique Hash Number and hit dates contained on Exhibit A accurately reflect what is contained in the evidence logs, and show:

(A)     Each Defendant had copied a piece of Plaintiff's copyrighted Works identified by the Unique Hash Number; and

(B)     Therefore, each Defendant was part of the same series of transactions.

42.     Through each of the transactions, each of the Defendant's computers used their identified IP addresses to connect to the investigative server from a computer in this District in order to transmit a full copy, or a portion thereof, of a digital media file identified by the Unique Hash Number.

43.     IPP's agent analyzed each BitTorrent "piece" distributed by each IP address listed on Exhibit A and verified that re-assemblage of the pieces using a BitTorrent Client results in a fully playable digital motion picture of the Works.

44.     IPP's agent viewed the Works side-by-side with the digital media file that correlates to the Unique Hash Number and determined that they were identical, strikingly similar or substantially similar.

**Miscellaneous**

45.     All conditions precedent to bringing this action have occurred or been waived.

46.     Plaintiff retained counsel to represent it in this matter and is obligated

1  to pay said counsel a reasonable fee for its services.

2  ## COUNT I

3  ## Contributory Infringement Against Does 1-10

4  47.    The allegations contained in paragraphs 1-46 are hereby re-alleged as if

5  fully set forth herein.

6  48.    Plaintiff is the owner of the copyrights for the Works, each of which

7  contains an original work of authorship.

8  49.    By using the BitTorrent protocol and a BitTorrent Client and the

9  processes described above, each Defendant copied the constituent elements of the

10  Works that are original.

11  50.    Plaintiff did not authorize, permit or consent to Defendants' copying of

12  its Works.

13  51.    As a result of the foregoing, each Defendant violated Plaintiff's

14  exclusive right to:

15  (A)    Reproduce the Works in copies, in violation of 17 U.S.C. §§ 106(1) and

16  501;

17  (B)    Redistribute copies of the Works to the public by sale or other transfer

18  of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and

19  501;

20  (C)    Perform the copyrighted Works, in violation of 17 U.S.C. §§ 106(4)

21  and 501, by showing the Works' images in any sequence and/or by making the

22  sounds accompanying the Works audible and transmitting said performance of the

23  Works, by means of a device or process, to members of the public capable of

24  receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and

25  "publically" perform); and

26  (D)    Display the copyrighted Works, in violation of 17 U.S.C. §§ 106(5)

27  and 501, by showing individual images of the Works nonsequentially and

28

transmitting said display of the Works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publically" display).

52.     Each of the Defendants' infringements was committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

53.     Plaintiff has suffered actual damages that were proximately caused by each of the Defendants including lost sales, price erosion and a diminution of the value of its copyrights.

WHEREFORE, Plaintiff respectfully requests that the Court:

(A)     Permanently enjoin each Defendant and all other persons who are in active concert or participation with each Defendant from continuing to infringe Plaintiff's copyrighted Works;

(B)     Order that each Defendant delete and permanently remove the torrent file relating to Plaintiff's copyrighted Works from each of the computers under each such Defendant's possession, custody or control;

(C)     Order that each Defendant delete and permanently remove the copy of the Works each Defendant has on the computers under Defendant's possession, custody or control;

(D)     Award Plaintiff the greater of: (i) statutory damages in the amount of $150,000 per Defendant, per registered Work infringed, pursuant to 17 U.S.C. § 504-(a) and (c), or (ii) Plaintiff's  actual damages and any additional profits of the Defendant pursuant to 17 U.S.C. § 504-(a)-(b);

(E)     Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(F)     Grant Plaintiff any other and further relief this Court deems just and proper.

Complaint

## COUNT II

### Contributory Infringement Against Does 1-10

54.     The allegations contained in paragraphs 1-46 are hereby re-alleged as if fully set forth herein.

55.     Plaintiff is the owner of the copyrights for the Works, each of which contains an original work of authorship.

56.     By using the BitTorrent protocol and a BitTorrent Client and the processes described above, each Defendant copied the constituent elements of each of the Works that are original.

57.     By participating in the BitTorrent swarm with the other Defendants, each Defendant induced, caused or materially contributed to the infringing conduct of each other Defendant.

58.     Plaintiff did not authorize, permit or consent to Defendants' inducing, causing or materially contributing to the infringing conduct of each other Defendant.

59.     Each Defendant knew or should have known that other BitTorrent users, here the other Defendants, would become members of a swarm with Defendant.

60.     Each Defendant knew or should have known that other BitTorrent users in a swarm with it, here the other Defendants, were directly infringing Plaintiff's copyrighted Works by copying constituent elements of the Works that are original.

61.     Indeed, each Defendant directly participated in and therefore materially contributed to each other Defendant's infringing activities.

62.     Each of the Defendants' contributory infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

63.     Plaintiff has suffered actual damages that were proximately caused by each of the Defendants including lost sales, price erosion, and a diminution of the value of its copyright.

1    WHEREFORE, Plaintiff respectfully requests that the Court:

2        (A)    Permanently enjoin each Defendant and all other persons who are in
3    active concert or participation with each Defendant from continuing to infringe
4    Plaintiff's copyrighted Works;

5        (B)    Order that each Defendant delete and permanently remove the torrent
6    file relating to Plaintiff's copyrighted Works from each of the computers under each
7    such Defendant's possession, custody or control;

8        (C)    Order that each Defendant delete and permanently remove the copy of
9    the Works each Defendant has on the computers under Defendant's possession,
10   custody or control;

11       (D)    Find that each Defendant is jointly and severally liable for the direct
12   infringement of each other Defendant;

13       (E)    Award Plaintiff the greater of: (i) statutory damages in the amount of
14   $150,000 per Defendant, per registered Work infringed, pursuant to 17 U.S.C. §
15   504-(a) and (c), or (ii) Plaintiff's  actual damages and any additional profits of the
16   Defendant pursuant to 17 U.S.C. § 504-(a)-(b);

17       (F)    Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17
18   U.S.C. § 505; and

19       (E)    Grant Plaintiff any other and further relief this Court deems just and
20   proper.

21                    **DEMAND FOR A JURY TRIAL**

22       Plaintiff hereby demands a trial by jury on all triable issues.

23   DATED: April 24, 2012          KUSHNER LAW GROUP

24

25

26   By: _____

27          Leemore L. Kushner
             Attorneys for Plaintiff Malibu Media, LLC
28   _____

                                   11
                                Complaint

# EXHIBIT A

**SHA-1 Hash:** 625659538761601BE56B75C3D1DF1053A7C8BB28      **Title**   X-Art Siterip #2
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.180.25.253 | 3/15/2012 19:32 | Glendale | CA | Charter Communications | BitTorrent |
| 2 | 24.205.133.52 | 3/8/2012 6:19 | Alhambra | CA | Charter Communications | BitTorrent |
| 3 | 24.205.254.247 | 2/5/2012 22:20 | Arroyo Grande | CA | Charter Communications | BitTorrent |
| 4 | 97.93.8.2 | 2/22/2012 20:57 | Paso Robles | CA | Charter Communications | BitTorrent |
| 5 | 68.228.72.145 | 2/5/2012 0:21 | Mission Viejo | CA | Cox Communications | BitTorrent |
| 6 | 68.228.82.66 | 2/3/2012 21:53 | Irvine | CA | Cox Communications | BitTorrent |
| 7 | 68.5.217.39 | 2/24/2012 23:50 | Laguna Hills | CA | Cox Communications | BitTorrent |
| 8 | 68.5.237.13 | 2/25/2012 15:02 | Trabuco Canyon | CA | Cox Communications | BitTorrent |
| 9 | 68.6.32.165 | 3/13/2012 4:18 | Santa Barbara | CA | Cox Communications | BitTorrent |
| 10 | 72.219.152.10 | 4/5/2012 15:04 | Rancho Palos Verdes | CA | Cox Communications | BitTorrent |

EXHIBIT A

CCA19

# EXHIBIT B



# Copyright
**United States Copyright Office**

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = carlie beautiful blowjob
Search Results: Displaying 1 of 1 entries



---

| Labeled View |

*Carlie Beautiful Blowjob .*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762079 / 2011-11-21
**Application Title:** Carlie Beautiful Blowjob .
**Title:** Carlie Beautiful Blowjob .
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-03-26
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
Authorship: entire motion picture.

**Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
| Select Download Format  Full Record  ⬇  Format for Print/Save |
| Enter yo | Email |



## EXHIBIT B

# Copyright
**United States Copyright Office**

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = carlie big toy orgasm
Search Results: Displaying 1 of 1 entries



---

| Labeled View |

*Carlie Big Toy Orgasm.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001776839 / 2012-02-21
**Application Title:** Carlie Big Toy Orgasm.
**Title:** Carlie Big Toy Orgasm.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-03-22
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
Authorship: entire motion picture.

**Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
| :---: |
| Select Download Format  Full Record  [▼]  [ Format for Print/Save ] |
| Enter your email address: _____  [ Email ] |



# Copyright
#### United States Copyright Office

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

**Help**    **Search**    **History**    **Titles**    **Start Over**

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Title = carlie leila strawberries and wine

Search Results: Displaying 1 of 1 entries



**Labeled View**

*Carlie Leila Strawberries and Wine .*

Type of Work: Motion Picture

Registration Number / Date: PA0001762081 / 2011-11-18

Application Title: Carlie Leila Strawberries and Wine .

Title: Carlie Leila Strawberries and Wine .

Description: Electronic file (eService)

Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

Date of Creation: 2010

Date of Publication: 2010-05-07

Nation of First Publication: United States

Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

Names: Malibu Media LLC



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format   Full Record   ▾   Format for Print/Save | |
| Enter your email address: | Email |



**Help** | **Search** | **History** | **Titles** | **Start Over**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = daddy's office
Search Results: Displaying 1 of 1 entries



Labeled View

*Daddy's Office.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001776838 / 2012-02-21 |
| **Application Title:** | Daddy's Office. |
| **Title:** | Daddy's Office. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-11-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  [▼]  [ Format for Print/Save ] |
| Enter your email address:            [ Email ] |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Copyright
**United States Copyright Office**

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |
| --- | --- | --- | --- | --- |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = deep inside caprice
Search Results: Displaying 1 of 1 entries



Labeled View

*Deep Inside Caprice.*

              **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001776837 / 2012-02-21
           **Application Title:** Deep Inside Caprice.
                    **Title:** Deep Inside Caprice.
               **Description:** Electronic file (eService)
     **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
        **Date of Creation:** 2011
    **Date of Publication:** 2011-04-13
 **Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
                    Authorship: entire motion picture.
               **Names:** Malibu Media LLC





| Save, Print and Email (Help Page) |
| --- |
| Select Download Format   Full Record   [▼]   [ Format for Print/Save ] |
| Enter your email address:             [ Email ] |



The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = faye prelude to an orgy
Search Results: Displaying 1 of 1 entries



Labeled View

*Faye Prelude to an Orgy.*

          Type of Work: Motion Picture
Registration Number / Date: PA0001776836 / 2012-02-21
     Application Title: Faye Prelude to an Orgy.
                 Title: Faye Prelude to an Orgy.
           Description: Electronic file (eService)
    Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
       Date of Creation: 2011
    Date of Publication: 2011-02-11
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
                 Authorship: entire motion picture.

                 Names: Malibu Media LLC



| Save, Print and Email (Help Page) |
| Select Download Format  Full Record  [ ▾ ]  [ Format for Print/Save ] |
| Enter your email address:                                    [ Email ] |



# Copyright
### United States Copyright Office

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = hayden pink and tight
Search Results: Displaying 1 of 1 entries



---

Labeled View

*Hayden Pink and Tight.*

                    **Type of Work:** Motion Picture
    **Registration Number / Date:** PA0001776805 / 2012-02-21
              **Application Title:** Hayden Pink and Tight.
                          **Title:** Hayden Pink and Tight.
                    **Description:** Electronic file (eService)
             **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
                **Date of Creation:** 2011
             **Date of Publication:** 2011-04-04
     **Nation of First Publication:** United States
     **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
                                     Authorship: entire motion picture.

                          **Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
| Select Download Format  Full Record  ▾  Format for Print/Save |
| Enter your email address:                          Email |



**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 34 of 67 entries



Labeled View

*Just Married.*

Type of Work: Motion Picture
Registration Number / Date: PA0001780472 / 2012-03-10
Application Title: Just Married.
Title: Just Married.
Description: Electronic file (eService)
Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
Date of Creation: 2011
Date of Publication: 2011-07-06
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
Authorship: entire motion picture.

Names: Malibu Media LLC



| Save, Print and Email (Help Page) |
| Select Download Format  Full Record  [▾]  [ Format for Print/Save ] |
| Enter your email address:  [ Email ] |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

## *-APPLICATION-*

**Title** ────────────────────────────

Title of Work: Just the Two of Us

## Completion/Publication ──────────────

Year of Completion: 2011

Date of 1st Publication: November 18, 2011        Nation of 1st Publication: United States

## Author ──────────────────────────────

■      Author: Malibu Media LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States        Domiciled in:   United States

## Copyright claimant ──────────────────

Copyright Claimant: Malibu Media LLC

31356 Broad Beach Rd, Malibu, CA, 90265

## Certification ───────────────────────

Name: Emilie Kennedy

Date: March 18, 2012

Registration #:

Service Request #:   1-739941802

Priority:   Routine          Application Date:   March 18, 2012 01:08:11 PM

## Correspondent

Organization Name: Lipscomb, Eisenberg & Baker

Name:   Emilie Kennedy

Email:   copyright@lebfirm.com

Address:   2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131

## Mail Certificate

Malibu Media LLC
Brigham Field
31356 Broad Beach Rd
Malibu, CA 90265

# Copyright
**United States Copyright Office**

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Title = kat translucence

Search Results: Displaying 1 of 1 entries



---

**Labeled View**

*Kat Translucence.*

Type of Work: Motion Picture

Registration Number / Date: PA0001762073 / 2011-11-19

Application Title: Kat Translucence.

Title: Kat Translucence.

Description: Electronic file (eService)

Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

Date of Creation: 2009

Date of Publication: 2009-11-20

Nation of First Publication: United States

Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
Authorship: entire motion picture.

Names: Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record   ▼   Format for Print/Save |
| Enter your email address:               Email |





United States Copyright Office

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

**Help**   **Search**   **History**   **Titles**   **Start Over**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = katka cum like crazy
Search Results: Displaying 1 of 1 entries



Labeled View

*Katka Cum Like Crazy.*

| | |
|---:|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762074 / 2011-11-21 |
| **Application Title:** | Katka Cum Like Crazy. |
| **Title:** | Katka Cum Like Crazy. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-07-07 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |





| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▼  Format for Print/Save |
| Enter your email address:  Email |



# Copyright
### United States Copyright Office

The U.S. Copyright Office Catalog will not be available between 6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to routine system maintenance. We apologize for any inconvenience to our users.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = katka sweet surprise
Search Results: Displaying 1 of 1 entries



---

**Labeled View**

*Katka Sweet Surprise.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762075 / 2011-11-18
**Application Title:** Katka Sweet Surprise.
**Title:** Katka Sweet Surprise.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-08-04
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
| Select Download Format   Full Record   ▾   Format for Print/Save |
| Enter your email address:   Email |



---



**Copyright**
United States Copyright Office

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = kristen girl next door
Search Results: Displaying 1 of 1 entries



Labeled View

*Kristen Girl Next Door.*

Type of Work: Motion Picture
Registration Number / Date: PA0001762076 / 2011-11-18
Application Title: Kristen Girl Next Door.
Title: Kristen Girl Next Door.
Description: Electronic file (eService)
Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
Date of Creation: 2010
Date of Publication: 2010-08-25
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
Authorship: entire motion picture.
Names: Malibu Media LLC



| Save, Print and Email (Help Page) |
| --- |
| Select Download Format   Full Record  ▼  Format for Print/Save |
| Enter your email address:       Email |



Case 2:12-cv-03630-R-FFM   Document 1   Filed 04/26/12   Page 30 of 60   Page ID #:33



The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = leila faye awesome threesome
Search Results: Displaying 1 of 1 entries



---

Labeled View

*Leila Faye Awesome Threesome.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001776804 / 2012-02-21 |
| **Application Title:** | Leila Faye Awesome Threesome. |
| **Title:** | Leila Faye Awesome Threesome. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-02-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (**Help Page**) |
| --- |
| Select Download Format   Full Record   [▼]   [ Format for Print/Save ] |
| Enter your email address:        [ Email ] |



---

United States Copyright Office

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = leila naked in the hot sun
Search Results: Displaying 1 of 1 entries



Labeled View

*Leila Naked in the Hot Sun.*

|  |  |
|---|---|
| Type of Work: | Motion Picture |
| Registration Number / Date: | PA0001776803 / 2012-02-21 |
| Application Title: | Leila Naked in the Hot Sun. |
| Title: | Leila Naked in the Hot Sun. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| Date of Creation: | 2011 |
| Date of Publication: | 2011-03-25 |
| Nation of First Publication: | United States |
| Authorship on Application: | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| Names: | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▾   Format for Print/Save |
| Enter your email address:.                          Email |

**Copyright**
United States Copyright Office

The U.S. Copyright Office Catalog will not be available between 6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to routine system maintenance. We apologize for any inconvenience to our users.

| Help | Search | History | Titles | Start Over |
|---|---|---|---|---|

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Title = leila sex on the beach

Search Results: Displaying 1 of 1 entries



Labeled View

*Leila Sex On The Beach.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762083 / 2011-11-21 |
| **Application Title:** | Leila Sex On The Beach. |
| **Title:** | Leila Sex On The Beach. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd., Malibu, CA, 90265, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-12-22 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▼  Format for Print/Save |
| Enter your email address:                                    Email |

6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = maryjane young love
Search Results: Displaying 1 of 1 entries



| Labeled View |

*MaryJane Young Love.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762404 / 2011-11-23 |
| **Application Title:** | MaryJane Young Love. |
| **Title:** | MaryJane Young Love. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-08-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|:---:|
| Select Download Format  Full Record  [▾]  : Format for Print/Save |
| Enter your email address:  [ Email ] |

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=maryjane+young+love&Search_Code=TALL&PI... 1/

/9/12      WebVoyage Record View 1

6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = megan morning bath
Search Results: Displaying 1 of 1 entries

Labeled View

*Megan Morning Bath.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762077 / 2011-11-18 |
| **Application Title:** | Megan Morning Bath. |
| **Title:** | Megan Morning Bath. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-02-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record  ▾   Format for Print/Save |
| Enter your email address:_____   Email |



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = mina's fantasy
Search Results: Displaying 1 of 2 entries



---

Labeled View

*Mina's Fantasy.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762078 / 2011-11-23 |
| **Application Title:** | Mina's Fantasy. |
| **Title:** | Mina's Fantasy. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-06-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▾   Format for Print/Save |
| Enter your email address:_   Email |

---

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tatiana the voyeur
Search Results: Displaying 1 of 1 entries



Labeled View

*Tatiana the Voyeur.*

| | |
|---:|:---|
| Type of Work: | Motion Picture |
| Registration Number / Date: | PA0001776808 / 2012-02-21 |
| Application Title: | Tatiana the Voyeur. |
| Title: | Tatiana the Voyeur. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| Date of Creation: | 2011 |
| Date of Publication: | 2011-03-23 |
| Nation of First Publication: | United States |
| Authorship on Application: | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| Names: | Malibu Media LLC |





| Save, Print and Email (Help Page) |
|:---:|
| Select Download Format  Full Record  [ ▼ ]  [ Format for Print/Save ] |
| Enter your email address:                                    [ Email ] |

/19/12                          WebVoyage Record View 1

Case 2:12-cv-03620-R-FFM   Document 1   Filed 04/26/12   Page 37 of 60   Page ID #:40

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 8 of 67 entries





### *The Art of Anal Sex.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001776834 / 2012-02-21 |
| **Application Title:** | The Art of Anal Sex. |
| **Title:** | The Art of Anal Sex. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-04-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |

---

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record  ▾    Format for Print/Save |
| Enter your email address:                      Email |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

*-APPLICATION-*

## Title

|  |  |
|---|---|
| Title of Work: | The Girl in My Shower |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2009 | | |
| Date of 1st Publication: | October 23, 2009 | Nation of 1st Publication: | United States |

## Author

| | | | |
|---|---|---|---|
| ■ Author: | Malibu Media LLC | | |
| Author Created: | entire motion picture | | |
| Work made for hire: | Yes | | |
| Citizen of: | United States | Domiciled in: | United States |

## Copyright claimant

|  |  |
|---|---|
| Copyright Claimant: | Malibu Media LLC |
|  | 31356 Broad Beach Rd, Malibu, CA, 90265 |

## Certification

|  |  |
|---|---|
| Name: | Emilie Kennedy |
| Date: | March 30, 2012 |

Registration #:

Service Request #:  1-745923182

Priority: Routine                    Application Date:  March 30, 2012 08:46:22 PM

## Correspondent

Organization Name: Lipscomb, Eisenberg & Baker

Name: Emilie  Kennedy

Email: copyright@lebfirm.com

Address: 2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131

## Mail Certificate

Malibu Media LLC
Brigham Field
31356 Broad Beach Rd
Malibu, CA 90265

The U.S. Copyright Office Catalog will not be available between 6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to routine system maintenance. We apologize for any inconvenience to our users.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 44 of 46 entries



**Labeled View**

*The Ultimate Blowjob.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001776806 / 2012-02-21 |
| **Application Title:** | The Ultimate Blowjob. |
| **Title:** | The Ultimate Blowjob. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-04-22 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▼  [ Format for Print/Save ] |
| Enter your email address:_                                    [ Email ] |

The U.S. Copyright Office Catalog will not be available between 6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to routine system maintenance. We apologize for any inconvenience to our users.

**Help**  **Search**  **History**  **Titles**  **Start Over**

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tiffany sex with a supermodel
Search Results: Displaying 1 of 1 entries



---

Labeled View

*Tiffany Sex with a Supermodel.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762022 / 2011-11-21 |
| **Application Title:** | Tiffany Sex with a Supermodel. |
| **Title:** | Tiffany Sex with a Supermodel. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-02-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▾  Format for Print/Save |
| Enter your email address:  Email |

---

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=tiffany+sex+with+a+supermodel&Search_Cod...

·/9/12      WebVoyage Record View 1      1/

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tiffany teenagers in love
Search Results: Displaying 1 of 1 entries



---

Labeled View

*Tiffany Teenagers In Love.*

|                              |                                                                                                                  |
| ---------------------------: | :--------------------------------------------------------------------------------------------------------------- |
|                **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762019 / 2011-11-20 |
|           **Application Title:** | Tiffany Teenagers In Love. |
|                       **Title:** | Tiffany Teenagers In Love. |
|                 **Description:** | Electronic file (eService) |
|           **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
|             **Date of Creation:** | 2010 |
|          **Date of Publication:** | 2010-12-29 |
|     **Nation of First Publication:** | United States |
|      **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
|                       **Names:** | Malibu Media LLC |



---

| Save, Print and Email (Help Page) |
| :---: |
| Select Download Format  Full Record  ▾  Format for Print/Save |
| Enter your email address:  Email |

---

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

**Help** | **Search** | **History** | **Titles** | **Start Over**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tori the endless orgasm
Search Results: Displaying 1 of 1 entries



Labeled View

*Tori The Endless Orgasm.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762082 / 2011-11-18
**Application Title:** Tori The Endless Orgasm.
**Title:** Tori The Endless Orgasm.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-10-20
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
Authorship: entire motion picture.
**Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▾   Format for Print/Save |
| Enter your email address:   Email |



# EXHIBIT C

Doe #1

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 03/16/2012 23:21:44 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 03/16/2012 23:21:44 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 03/16/2012 23:21:44 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 03/16/2012 23:21:44 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 03/16/2012 23:21:44 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 03/16/2012 23:21:44 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 03/16/2012 23:21:44 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 03/16/2012 23:21:44 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 03/16/2012 23:21:44 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 03/16/2012 23:21:44 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 03/16/2012 23:21:44 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 03/16/2012 23:21:44 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 03/16/2012 23:21:44 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 03/16/2012 23:21:44 |

**Total Statutory Copyright Infringements for Doe #1:  14**

Doe #2

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 04/12/2012 07:34:13 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 04/12/2012 07:34:13 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 04/12/2012 07:34:13 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 04/12/2012 07:34:13 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 04/12/2012 07:34:13 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 04/12/2012 07:34:13 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 04/12/2012 07:34:13 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 04/12/2012 07:34:13 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 04/12/2012 07:34:13 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 04/12/2012 07:34:13 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 04/12/2012 07:34:13 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 04/12/2012 07:34:13 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 04/12/2012 07:34:13 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/12/2012 07:34:13 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 04/12/2012 07:34:13 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 04/12/2012 07:34:13 |

**Total Statutory Copyright Infringements for Doe #2:  16**

EXHIBIT C

Doe #3

| Title | Date First Pub | Regis Date | Infringement Date |
|-------|---------------|-----------|-------------------|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 04/09/2012 09:41:40 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 04/09/2012 09:41:40 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 04/09/2012 09:41:40 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 04/09/2012 09:41:40 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 04/09/2012 09:41:40 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 04/09/2012 09:41:40 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 04/09/2012 09:41:40 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 04/09/2012 09:41:40 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 04/09/2012 09:41:40 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 04/09/2012 09:41:40 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 04/09/2012 09:41:40 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 04/09/2012 09:41:40 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 04/09/2012 09:41:40 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/09/2012 09:41:40 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 04/09/2012 09:41:40 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 04/09/2012 09:41:40 |

**Total Statutory Copyright Infringements for Doe #3:  16**

EXHIBIT C

CCA20

Doe #4

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 04/02/2012 16:29:03 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 04/02/2012 16:29:03 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 04/02/2012 16:29:03 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 04/02/2012 16:29:03 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 04/02/2012 16:29:03 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 04/02/2012 16:29:03 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 04/02/2012 16:29:03 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 04/02/2012 16:29:03 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 04/02/2012 16:29:03 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 04/02/2012 16:29:03 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 04/02/2012 16:29:03 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 04/02/2012 16:29:03 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 04/02/2012 16:29:03 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/02/2012 16:29:03 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 04/02/2012 16:29:03 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 04/02/2012 16:29:03 |

**Total Statutory Copyright Infringements for Doe #4:  16**

EXHIBIT C

CCA20

Doe #5

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 03/28/2012 17:48:48 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 03/28/2012 17:48:48 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 03/28/2012 17:48:48 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 03/28/2012 17:48:48 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 03/28/2012 17:48:48 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 03/28/2012 17:48:48 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 03/28/2012 17:48:48 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 03/28/2012 17:48:48 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 03/28/2012 17:48:48 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 03/28/2012 17:48:48 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 03/28/2012 17:48:48 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 03/28/2012 17:48:48 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 03/28/2012 17:48:48 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 03/28/2012 17:48:48 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 03/28/2012 17:48:48 |

**Total Statutory Copyright Infringements for Doe #5:  15**

Doe #6

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 02/23/2012 09:38:50 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 02/23/2012 09:38:50 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 02/23/2012 09:38:50 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 02/23/2012 09:38:50 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 02/23/2012 09:38:50 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 02/23/2012 09:38:50 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 02/23/2012 09:38:50 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 02/23/2012 09:38:50 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 02/23/2012 09:38:50 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 02/23/2012 09:38:50 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 02/23/2012 09:38:50 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 02/23/2012 09:38:50 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 02/23/2012 09:38:50 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 02/23/2012 09:38:50 |

**Total Statutory Copyright Infringements for Doe #6:  14**

EXHIBIT C

CCA20

Doe #7

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 04/04/2012 12:51:24 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 04/04/2012 12:51:24 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 04/04/2012 12:51:24 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 04/04/2012 12:51:24 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 04/04/2012 12:51:24 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 04/04/2012 12:51:24 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 04/04/2012 12:51:24 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 04/04/2012 12:51:24 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 04/04/2012 12:51:24 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 04/04/2012 12:51:24 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 04/04/2012 12:51:24 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 04/04/2012 12:51:24 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 04/04/2012 12:51:24 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/04/2012 12:51:24 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 04/04/2012 12:51:24 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 04/04/2012 12:51:24 |

**Total Statutory Copyright Infringements for Doe #7:  16**

Doe #8

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 02/08/2012 22:40:27 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 02/08/2012 22:40:27 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 02/08/2012 22:40:27 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 02/08/2012 22:40:27 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 02/08/2012 22:40:27 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 02/08/2012 22:40:27 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 02/08/2012 22:40:27 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 02/08/2012 22:40:27 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 02/08/2012 22:40:27 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 02/08/2012 22:40:27 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 02/08/2012 22:40:27 |

**Total Statutory Copyright Infringements for Doe #8:  11**

EXHIBIT C

Doe #9

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 02/01/2012 14:38:36 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 02/01/2012 14:38:36 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 02/01/2012 14:38:36 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 02/01/2012 14:38:36 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 02/01/2012 14:38:36 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 02/01/2012 14:38:36 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 02/01/2012 14:38:36 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 02/01/2012 14:38:36 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 02/01/2012 14:38:36 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 02/01/2012 14:38:36 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 02/01/2012 14:38:36 |

**Total Statutory Copyright Infringements for Doe #9:  11**

Doe #10

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 04/02/2012 10:36:18 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 04/02/2012 10:36:18 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 04/02/2012 10:36:18 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 04/02/2012 10:36:18 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 04/02/2012 10:36:18 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 04/02/2012 10:36:18 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 04/02/2012 10:36:18 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 04/02/2012 10:36:18 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 04/02/2012 10:36:18 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 04/02/2012 10:36:18 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 04/02/2012 10:36:18 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 04/02/2012 10:36:18 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 04/02/2012 10:36:18 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 04/02/2012 10:36:18 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 04/02/2012 10:36:18 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 04/02/2012 10:36:18 |

**Total Statutory Copyright Infringements for Doe #10:  16**

EXHIBIT C

# EXHIBIT D

# BitTorrent vocabulary

From Wikipedia, the free encyclopedia
  (Redirected from Terminology of BitTorrent)

This list explains terms used when discussing **BitTorrent clients**, and in particular the BitTorrent protocol used by these clients.

## Common BitTorrent terms

### Announce

Same as "scrape" (see below), but a client also announces that it wants to join the swarm and that the server should add it to the list of peers in that swarm.

### Availability

(Also known as distributed copies.) The number of full copies of the file available to the client. Each seed adds 1.0 to this number, as they have one complete copy of the file. A connected peer with a fraction of the file available adds that fraction to the availability, if no other peer has this part of the file.
*Example:* a peer with 65.3% of the file downloaded increases the availability by 0.653. However, if two peers both have the same portion of the file downloaded - say 50% - and there is only one seeder, the availability is 1.5.

### Choked

Describes a peer to whom the client refuses to send file pieces. A client *chokes* another client in several situations:

- The second client is a *seed*, in which case it does not want any pieces (i.e., it is completely *uninterested*)
- The client is already uploading at its full capacity (it has reached the value of max_uploads)
- The second client has been blacklisted for being abusive or is using a blacklisted BitTorrent client.

### Client

The program that enables p2p file sharing via the BitTorrent protocol. Examples of clients include µTorrent and Vuze.

### Downloader

A *downloader* is any peer that does not have the entire file and is downloading the file. This term, used in Bram Cohen's Python implementation, lacks the negative connotation attributed to *leech*. Bram prefers *downloader* to *leech* because BitTorrent's tit-for-tat ensures downloaders also upload and thus do not unfairly qualify as *leeches*.

EXHIBIT D

## End Game

Bittorrent has a couple of download strategies for initializing a download, downloading normally among the middle of the torrent, and downloading the last few **pieces** (see below) of a torrent. Typically, the last download pieces arrive more slowly than the others since the faster and more easily accessible pieces should have already been obtained, so to prevent this, the BitTorrent client attempts to get the last missing pieces from all of its peers. Upon receiving a piece, a cancel request command is sent to other peers.

## Fake

A fake torrent is a torrent that does not contain what is specified in its name or description(i.e. a torrent is said to contain a video, but it contains only a snapshot of a moment in the video, or in some cases a virus).

## Hash

The hash is a string of alphanumeric characters in the .torrent file that the client uses to verify the data that is being transferred. It contains information like the file list, sizes, pieces, etc. Every piece received is first checked against the hash. If it fails verification, the data is discarded and requested again. The 'Hash Fails' field in the torrent's General tab shows the number of these hash fails.

Hash checks greatly reduce the chance that invalid data is incorrectly identified as valid by the BitTorrent client, but it is still possible for invalid data to have the same hash value as the valid data and be treated as such. This is known as a hash collision.

## Health

Health is shown in a bar or in % usually next to the torrents name and size, on the site where the .torrent file is hosted. It shows if all pieces of the torrent are available to download (i.e. 50% means that only half of the torrent is available).

## Index

An *index* is a list of .torrent files (usually including descriptions and other information) managed by a website and available for searches. An *index* website can also be a *tracker*.

## Interested

Describes a downloader who wishes to obtain pieces of a file the client has. For example, the uploading client would flag a downloading client as 'interested' if that client did not possess a piece that it did, and wished to obtain it.

## Leech

A *leech* is a term with two meanings. Usually it is used to refer a *peer* who has a negative effect on the swarm by having a very poor share ratio (downloading much more than they upload). Most leeches are users on asymmetric internet connections and do not leave their BitTorrent client open

to seed the file after their download has completed. However, some leeches intentionally avoid uploading by using modified clients or excessively limiting their upload speed.
The often used second meaning of *leech* is synonymous with *downloader* (see above): used simply to describe a *peer* or any client that does not have 100% of the data. This alternative meaning was mainly introduced by most BitTorrent tracker sites.

## Lurker

A *lurker* is a user that only downloads files from the group but does not add new content. It does not necessarily mean that the lurker will not seed. Not to be confused with a *leecher*.

## p2p

Stands for "peer to peer", which is the technology used for file sharing among computer users over the internet. In a p2p network, each node (or computer on the network) acts as both a client and a server. In other words, each computer is capable of both sending and receiving data.

## Peer

A *peer* is one instance of a BitTorrent client running on a computer on the Internet to which other clients connect and transfer data. Usually a *peer* does not have the complete file, but only parts of it. However, in the colloquial definition, "peer" can be used to refer to any participant in the swarm (in this case, it's synonymous with "client").

## Piece

This refers to the torrented files being divided up into equal specific sized pieces (*e.g.* 512Kb, 1Mb). The pieces are distributed in a random fashion among peers in order to optimize trading efficiency.

## Ratio credit

A *ratio credit*, also known as *upload credit* or *ratio economy*, is a currency system used on a number of private trackers to provide an incentive for higher upload/download ratios among member file-sharers. In such a system, those users who have greater amounts of bandwidth, hard drive space (particularly seedboxes) or idle computer uptime are at a greater advantage to accumulate ratio credits versus those who are lacking in any one or more of the same resources.

## Scrape

This is when a client sends a request to the tracking server for information about the statistics of the torrent, such as with whom to share the file and how well those other users are sharing.

## Seeder

A *seeder* is a *peer* that has an entire copy of the torrent and offers it for upload. The more *seeders* there are, the better the chances of getting a higher download speed. If the seeder seeds the whole copy of the download, they should get faster downloads.

## Share ratio

A user's share ratio for any individual torrent is a number determined by dividing the amount of data that user has uploaded by the amount of data they have downloaded. Final share ratios over 1 carry a positive connotation in the BitTorrent community, because they indicate that the user has sent more data to other users than they received. Likewise, share ratios under 1 have negative connotation.

## Snubbed

An uploading client is flagged as *snubbed* if the downloading client has not received any data from it in over 60 seconds.

## Super-seeding

When a file is new, much time can be wasted because the seeding client might send the same file piece to many different peers, while other pieces have not yet been downloaded at all. Some clients, like ABC, Vuze, BitTornado, TorrentStorm, and µTorrent have a "super-seed" mode, where they try to only send out pieces that have never been sent out before, theoretically making the initial propagation of the file much faster. However the super-seeding becomes substantially less effective and may even reduce performance compared to the normal "rarest first" model in cases where some peers have poor or limited connectivity. This mode is generally used only for a new torrent, or one which must be re-seeded because no other seeds are available.

## Swarm

*Main article: segmented downloading*

Together, all *peers* (including *seeders*) sharing a *torrent* are called a *swarm*. For example, six ordinary *peers* and two *seeders* make a *swarm* of eight.

## Torrent

A *torrent* can mean either a `.torrent` metadata file or all files described by it, depending on context. The *torrent file* contains metadata about all the files it makes downloadable, including their names and sizes and checksums of all pieces in the *torrent*. It also contains the address of a *tracker* that coordinates communication between the peers in the swarm.

## Tracker

A *tracker* is a server that keeps track of which seeds and peers are in the swarm. Clients report information to the tracker periodically and in exchange, receive information about other clients to which they can connect. The tracker is not directly involved in the data transfer and does not have a copy of the file.

# See also

Retrieved from "http://en.wikipedia.org/wiki/BitTorrent_vocabulary"
Categories: BitTorrent | Lexis.

- This page was last modified on 22 February 2011 at 15:22.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

## CV12- 3620 R (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) MALIBU MEDIA, LLC | DEFENDANTS JOHN DOES 1-10 |
|---|---|

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) Kushner Law Group, 801 North Citrus Avenue Los Angeles, CA 90038, (323)515-7894 | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No      ☒ **MONEY DEMANDED IN COMPLAINT: $** 150,000, per Defendant

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. § 101 - Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV12-03620**

FOR OFFICE USE ONLY:     Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| See attachment | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| See attachment | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Jenni Ushher_  Date 4/24/12

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

(b) List the County in the District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH named** defendant resides.

| DOE# | City | State | County |
|------|------|-------|--------|
| 1 | Alhambra | CA | Los Angeles |
| 2 | La Canada Flintridge | CA | Los Angeles |
| 3 | West Covina | CA | Los Angeles |
| 4 | Pasadena | CA | Los Angeles |
| 5 | Winnetka | CA | Los Angeles |
| 6 | Woodland Hills | CA | Los Angeles |
| 7 | Newport Beach | CA | Orange |
| 8 | Yucaipa | CA | San Bernardino |
| 9 | Marina Del Rey | CA | Los Angeles |
| 10 | Marina Del Rey | CA | Los Angeles |